Argued and submitted April 26, fine vacated; otherwise affirmed May 24, 1989

CLAYTON HOWARD,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(01-88-262; CA A47746)

773 P2d 1366

▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

**PER CURIAM**

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary that found that he had violated a disciplinary rule and imposed, *inter alia,* a $100 fine. Although he requests that we vacate the entire order, he only contends that the fine is invalid. It is. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; otherwise affirmed.